# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTEZ TALLEY, | : | Civil No. 3:19-CV-01792 |
| Petitioner, | : | |
| v. | : | Judge Jennifer P. Wilson |
| MARK CAPPOZZA, | : | |
| Respondent. | : | Magistrate Judge Karoline Mehalchick |

## ORDER

**AND NOW**, on this 14th day of December, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The report and recommendation issued by United States Magistrate Judge Karoline Mehalchick (Doc. 12) is **ADOPTED IN ITS ENTIRETY**.

2. Petitioner's objections (Doc. 22) are **OVERRULED**.

3. The petition for writ of habeas corpus is **DISMISSED** as untimely.

4. Petitioner's motion to appoint counsel (Doc. 7) is **DENIED**.

5. A certificate of appealability is **DENIED**.

6. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
